**No. 68781.**—John Wanamaker, Phila. *v.* United States, protest 62/8068 (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of knit or crocheted nylon bathing suits, valued over $5 per pound, similar in use to knit wool wearing apparel and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

**No. 68782.**—Mercury Business Systems, Inc. *v.* United States, protest 63/21388 (Los Angeles).

Opinion by FORD, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.